STATE OF NEW JERSEY v. FRANK ROSANIA.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON HENRY.

June 24, 1980.

Petition for certification denied.

GREATER ENGLEWOOD HOUSING CORP., NO. 1
v. J. D. CONSTRUCTION CORP.

June 24, 1980.

Petition for certification denied.